# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| In re:  James William Puckett, Jr.<br>Debtor(s) | Case No.: 19-70048-SCS<br>Chapter 13 |

## NOTICE OF MOTION TO DISMISS

R. Clinton Stackhouse, Jr., Chapter 13 Trustee, has filed papers with the Court to dismiss your case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to dismiss your case or if you want the Court to consider your views on the Motion, then you and your attorney must:

### ATTEND THE HEARING SCHEDULED TO BE HELD:

at  U.S. Bankruptcy Court  on  September 19, 2019  at  11:30 am
Courtroom ONE, Fourth Floor
600 Granby St.
Norfolk, VA  23510

to consider and act upon the Motion to Dismiss filed by the Chapter 13 Trustee.

If you or your attorney do not take these steps, the Court may decide that you do not oppose on the Motion and may enter an order granting that relief.

R. CLINTON STACKHOUSE, JR. TRUSTEE

BY  /s/ R. Clinton Stackhouse, Jr.
_____
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and Notice of Hearing was mailed this ___15th___ day of ___August___, 2019.

James William Puckett, Jr.
1512 Waltham Way
Chesapeake, VA  23320

Timothy Roy Douglass, Esquire
291 Independence Blvd
Pembroke 4, Ste 530
Virginia Beach, Va  23462

/s/ R. Clinton Stackhouse, Jr.
_____
Chapter 13 Trustee

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435
(757) 333-4000

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:   James William Puckett, Jr.                                  Case No.:  19-70048-SCS
         Debtor(s)
                                                                     Chapter 13

## MOTION FOR DISMISSAL

Comes Now R. Clinton Stackhouse, Jr., Chapter 13 Trustee, and moves for dismissal of the above referenced bankruptcy matter, for failure to make payments.

1. The Debtor as of August 15, 2019 (the "Motion Date"), has paid a total of $2,800.00 into his plan.

2. Under the terms of the plan filed in this case, as of the Motion Date, a total amount of $4,950.00 should have been paid.

3. As of the Motion Date, the Debtor is delinquent in plan payments in the total amount of $2,150.00.

For the foregoing reason, this case should be dismissed.

BY  /s/ R. Clinton Stackhouse, Jr.
    Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and Notice of Hearing was mailed this 15th day of August, 2019.

James William Puckett, Jr.          Timothy Roy Douglass, Esquire
1512 Waltham Way                    291 Independence Blvd
Chesapeake, VA  23320               Pembroke 4, Ste 530
                                    Virginia Beach, Va  23462

/s/ R. Clinton Stackhouse, Jr.
Chapter 13 Trustee

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435
(757) 333-4000